UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA


R#290083

IN RE:                                    CASE NO.   05-18810-BKC-RAM
HAROLDO RIVAS
SABRINA P. RIVAS

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA

MAR 28 2011

FILED ___ RECEIVED ___

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $     61.22   remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

(  ) The trustee has a balance of $     .00    remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date:  3-25-11

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

HAROLDO RIVAS
SABRINA P. RIVAS
8311 SW 142 AVENUE
APT. J-204
MIAMI, FL 33183

PATRICK L. CORDERO, ESQUIRE
198 NW 37 AVENUE
MIAMI, FL 33125

CHEVRON CREDIT BANK, N.A.
2001 DIAMOND BLVD.
PO BOX 5010, SECT. 230
CONCORD, CA 94524-0010

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

```
                    UNITED STATES BANKRUPTCY COURT
                      SOUTHERN DISTRICT OF FLORIDA


    IN RE:                              CASE NO.   05-18810-BKC-RAM
    HAROLDO RIVAS
    SABRINA P. RIVAS

                                        CHAPTER 13


    HAROLDO RIVAS
    SABRINA P. RIVAS
    8311 SW 142 AVENUE
    APT. J-204
    MIAMI, FL 33183

    PATRICK L. CORDERO, ESQUIRE
    198 NW 37 AVENUE
    MIAMI, FL 33125


    CHEVRON CREDIT BANK, N.A.     ---------$           61.22
    2001 DIAMOND BLVD.
    PO BOX 5010, SECT. 230
    CONCORD, CA 94524-0010
                                              UNDELIVERABLE/STALE
    U.S. Trustee                              CLAIM REGISTER# 21-1
    51 S.W. 1st Avenue
    Miami, Florida 33130
```